**Order filed August 29, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00184-CR

_____

## TRAVIS SCOTT MORGAN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause No. 25194A**

### O R D E R

Travis Scott Morgan filed a pro se notice of appeal in this case. He has now filed in this court a docketing statement in which he emphatically states that he needs an attorney because he does not know what he is doing. Our records reflect that the trial court has entered an order permitting Morgan's appointed trial counsel to withdraw as counsel for Morgan. The trial court has not appointed counsel for appeal. We abate this appeal.

We abate the appeal and remand the cause to the trial court so that it may determine the following:

1. Whether Morgan desires to prosecute his appeal;

2. Whether Morgan is indigent;

3. If not indigent, whether Morgan has retained counsel for this appeal; and

4. If indigent, whether Morgan desires to have counsel appointed to represent him in this appeal or whether, after being warned of the dangers and disadvantages of self-representation, Morgan competently and intelligently chooses to exercise the right to represent himself.

The trial court is directed to make appropriate findings and recommendations and to appoint counsel if appropriate. The trial court clerk is directed to prepare and forward to this court a supplemental clerk's record containing the findings, recommendations, and any orders of the trial court. If a hearing is held, the court reporter is directed to prepare and forward to this court the reporter's record from the hearing. These records are due to be filed in this court on or before September 30, 2014.

The appeal is abated.

PER CURIAM

August 29, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.